11/11/19 4:37PM

| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF ARIZONA |
| Case number *(if known)* _____ Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  HOTEL OXYGEN PALM SPRINGS, LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  82-4330917

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **20860 N. TATUM BLVD, STE 240**<br>**Phoenix, AZ 85050**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Maricopa**<br>County | **Location of principal assets, if different from principal place of business**<br>**2000 N. Palm Canyon Drive Palm Springs, CA 92262**<br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  _____

**6. Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Case 2:19-bk-14400-PS    Doc 1    Filed 11/12/19    Entered 11/12/19 16:39:56    Desc
Official Form 201             **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                       page 1
                              Main Document      Page 1 of 12

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_7011_

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

**11.  Why is the case filed in *this district?***

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

---

■ **Statistical and administrative information**

**13.  Debtor's estimation of available funds**

.  *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 12, 2019**
MM / DD / YYYY

X **/s/ DAVID VALADE**
Signature of authorized representative of debtor

**DAVID VALADE**
Printed name

Title **CHIEF FINANCIAL OFFICER**

Email Address of debtor

**18. Signature of attorney**

X **/s/ D. LAMAR HAWKINS**
Signature of attorney for debtor

Date **November 12, 2019**
MM / DD / YYYY

**D. LAMAR HAWKINS**
Printed name

**Guidant Law, PLC**
Firm name

**402 E. Southern Ave**
**Tempe, AZ 85282**
Number, Street, City, State & ZIP Code

Contact phone **602-888-9229**   Email address **cindy@guidant.law**

**013251 AZ**
Bar number and State

Fill in this information to identify the case:

Debtor name: **HOTEL OXYGEN PALM SPRINGS, LLC**

United States Bankruptcy Court for the: **DISTRICT OF ARIZONA**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| BOOKING.COM<br>P.O. BIX 1639<br>1000 BP<br>AMSTERDAM, THE NETHERLANDS | | BUSINESS DEBT | | | | $20,159.00 |
| COMMTRACK<br>17493 NASSUA COMMONS<br>Lewes, DE 19958 | | BUSINESS DEBT | | | | $55.00 |
| DESERT FIRE EXTINGUISHER COMPANY<br>P.O. BOX 1607<br>Palm Springs, CA 92263 | | BUSINESS DEBT | | | | $352.44 |
| DESERT WATER<br>1200 S. GENE AUTRY TRAIL<br>Palm Springs, CA 92263 | | BUSINESS DEBT | | | | $1,224.00 |
| ECOLAB<br>P.O. BOX 100512<br>Pasadena, CA 91189 | | BUSINESS DEBT | | | | $786.00 |
| EXPEDIA GROUP<br>333 108TH AVE NE<br>Bellevue, WA 98004 | | BUSINESS DEBT | | | | $2,141.16 |
| FARMER BROS<br>P.O. BOX 732855<br>Dallas, TX 75371 | | BUSINESS DEBT | | | | $488.00 |
| FRONTIER COMMUNICATIONS<br>P.O. BOX 74407<br>Cincinnati, OH 45274 | | BUSINESS DEBT | | | | $1,535.00 |
| GUEST SUPPLY<br>P.O. BOX 6771<br>Somerset, NJ 08875-6771 | | BUSINESS DEBT | | | | $11,951.85 |

Debtor **HOTEL OXYGEN PALM SPRINGS, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **HAMMER PLUMBING AND PUMPING** P.O. BOX 2448 Cathedral City, CA 92235 | | **BUSINESS DEBT** | | | | $3,150.00 |
| **HD SUPPLY** P.O. BOX 509058 San Diego, CA 92150-9050 | | **BUSINESS DEBT** | | | | $14,340.27 |
| **RIVERSIDE COUNTY TAX ASSESSOR** P.O. BOX 12005 Riverside, CA 92502 | | **BUSINESS DEBT** | | $14,404.09 | $0.00 | $14,404.09 |
| **SOCAL GAS** P.O. BOX C Monterey Park, CA 91756 | | **BUSINESS DEBT** | | | | $1,050.00 |
| **SUNNYSIDE LANDSCAPE** 36757 BANKSIDE DRIVE Cathedral City, CA 92234 | | **BUSINESS DEBT** | | | | $1,605.00 |
| **SYSCO RIVERSIDE** 15750 MERIDIAN PARKWAY March Air Reserve Base, CA 92518 | | **BUSINESS DEBT** | | | | $8,909.00 |
| **TIME WARNER CABLE** P.O. BOX 60074 City of Industry, CA 91716 | | **BUSINESS DEBT** | | | | $3,236.76 |
| **WESTERN STATE DESIGN** 2331 TRIPALDI WAY Hayward, CA 94545 | | **BUSINESS DEBT** | | | | $949.62 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 2

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case 2:19-bk-14400-PS    Doc 1    Filed 11/12/19    Entered 11/12/19 16:39:56    Desc
Main Document    Page 6 of 12

HOTEL OXYGEN PALM SPRINGS, LLC -

BOOKING.COM
P.O. BIX 1639
1000 BP AMSTERDAM, THE NETHERLANDS

COMMTRACK
17493 NASSUA COMMONS
LEWES DE 19958

DESERT FIRE EXTINGUISHER COMPANY
P.O. BOX 1607
PALM SPRINGS CA 92263

DESERT WATER
1200 S. GENE AUTRY TRAIL
PALM SPRINGS CA 92263

DOWNTOWN ASSOCIATES, LLC
7377 E. DOUBLETREE RANCH RD. STE 190
SCOTTSDALE AZ 85258

ECOLAB
P.O. BOX 100512
PASADENA CA 91189

EXPEDIA GROUP
333 108TH AVE NE
BELLEVUE WA 98004

FARMER BROS
P.O. BOX 732855
DALLAS TX 75371

FRONTIER COMMUNICATIONS
P.O. BOX 74407
CINCINNATI OH 45274

GUEST SUPPLY
P.O. BOX 6771
SOMERSET NJ 08875-6771

HAMMER PLUMBING AND PUMPING
P.O. BOX 2448
CATHEDRAL CITY CA 92235

HOTEL OXYGEN PALM SPRINGS, LLC -


HD SUPPLY
P.O. BOX 509058
SAN DIEGO CA 92150-9050


INCA CAPITLA LLC
7377 E DOUBLETREE RANCH RD, STE 190
SCOTTSDALE AZ 85258


LEXYL TRAVEL TECHNOLOGIES
P.O. BOX 645452
PITTSBURGH PA 15264


LIBERTY MUTUAL INSURANCE
P.O. BOX 91013
CHICAGO IL 60680


LUXE TRAVEL
16450 BAKE PARKWAY
IRVINE CA 92618


MAVERICK SPORTS TRAVEL
2037 PARK DALE LANE
ENCINITAS CA 92024


RATED SPORTS GROUP
P.O. BOX 607
VENTURA CA 93002


RIVERSIDE COUNTY TAX ASSESSOR
P.O. BOX 12005
RIVERSIDE CA 92502


ROAD REBEL GLOBAL
2141 5TH AVE
SAN DIEGO CA 92101


SOCAL GAS
P.O. BOX C
MONTEREY PARK CA 91756


STARBUCKS CORPORATION
P.O. BOX 74008016
CHICAGO IL 60674

HOTEL OXYGEN PALM SPRINGS, LLC -


SUNNYSIDE LANDSCAPE
36757 BANKSIDE DRIVE
CATHEDRAL CITY CA 92234


SYSCO RIVERSIDE
15750 MERIDIAN PARKWAY
MARCH AIR RESERVE BASE CA 92518


TIME WARNER CABLE
P.O. BOX 60074
CITY OF INDUSTRY CA 91716


WESTERN STATE DESIGN
2331 TRIPALDI WAY
HAYWARD CA 94545

# United States Bankruptcy Court
## District of Arizona

In re __HOTEL OXYGEN PALM SPRINGS, LLC__

Debtor(s)

Case No. _____

Chapter __11__

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __HOTEL OXYGEN PALM SPRINGS, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **November 12, 2019** | **/s/ D. LAMAR HAWKINS** |
| Date | **D. LAMAR HAWKINS** |
| | Signature of Attorney or Litigant |
| | Counsel for __HOTEL OXYGEN PALM SPRINGS, LLC__ |
| | **Guidant Law, PLC** |
| | **402 E. Southern Ave** |
| | **Tempe, AZ 85282** |
| | **602-888-9229** |
| | **cindy@guidant.law** |

# United States Bankruptcy Court
## District of Arizona

In re  **HOTEL OXYGEN PALM SPRINGS, LLC**                                        Case No.
                                                      Debtor(s)                   Chapter   **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **DAVID VALADE**, declare under penalty of perjury that I am the **CHIEF FINANCIAL OFFICER** of **HOTEL OXYGEN PALM SPRINGS, LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the __ day of __, 20__.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **DAVID VALADE**, **CHIEF FINANCIAL OFFICER** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **DAVID VALADE**, **CHIEF FINANCIAL OFFICER** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **DAVID VALADE**, **CHIEF FINANCIAL OFFICER** of this Corporation is authorized and directed to employ **D. LAMAR HAWKINS**, attorney and the law firm of **Guidant Law, PLC** to represent the corporation in such bankruptcy case."

Date  **November 12, 2019**                                          Signed  **/s/ DAVID VALADE**
                                                                                 **DAVID VALADE**

Resolution of Board of Directors
of
**HOTEL OXYGEN PALM SPRINGS**, LLC

    Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

    Be It Therefore Resolved, that **DAVID VALADE**, **CHIEF FINANCIAL OFFICER** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

    Be It Further Resolved, that **DAVID VALADE**, **CHIEF FINANCIAL OFFICER** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

    Be It Further Resolved, that **DAVID VALADE**, **CHIEF FINANCIAL OFFICER** of this Corporation is authorized and directed to employ **D. LAMAR HAWKINS**, attorney and the law firm of **Guidant Law, PLC** to represent the corporation in such bankruptcy case.

Date  **November 12, 2019**       Signed _____

Date  **November 12, 2019**       Signed _____